

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| IN THE MATTER OF THE STATE OF: JANE BISHOP MOORE, DECEASED, | § | No. 08-14-00298-CV |
|  | § | Appeal from the |
| Appellant. | § | County Court at Law |
|  | § | of Reeves County, Texas |
|  | § | (TC# 2590P) |
|  | § |  |

**O R D E R**

The Court GRANTS the County Clerk's request for an extension of time within which to file the Clerk's Record until **February 16, 2015.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE CLERK'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Dianne O. Florez, County Clerk, for Reeves County, Texas prepare the Clerk's Record, and forward the same to this Court on or before **February 16, 2015.**

IT IS SO ORDERED this 3rd day of February, 2015.


PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.